IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMMY HARMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 16-911-SCW |
| | ) |
| CENPRO SERVICES, INC., | ) |
| | ) |
| Defendant(s). | ) |

**JUDGMENT IN A CIVIL CASE**

A Stipulation of Dismissal has been filed (Doc. 21) and an Order dismissing this action with prejudice has been entered by Magistrate Judge Stephen C. Williams (Doc. 22). Pursuant to Rule 41(a)(2) this case is DISMISSED with prejudice.

**DATED** this 11th day of July, 2017

JUSTINE FLANAGAN, ACTING CLERK

BY: */s/ Angela Vehlewald*
Deputy Clerk

Approved by  */s/ Stephen C. Williams*
United States Magistrate Judge
**Stephen C. Williams**